**FILED**
CLERK, U.S. DISTRICT COURT

**8/8/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ISMAEL GARCIA, JR.,<br>  aka "Ismael Garcia,"<br>  aka "Mario Gomez,"<br>  aka "Vago Gomez,"<br>  aka "Mario Vago,"<br>  aka "Junior Garcia,"<br><br>      Defendant. | CR 2:25-cr-00655-MEMF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition; 18 U.S.C. § 922(o)(1): Possession of Machinegun; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(g)(1)]

On or about June 18, 2025, in Los Angeles County, within the Central District of California, defendant ISMAEL GARCIA, JR., aka "ISMAEL GARCIA," aka "MARIO GOMEZ," aka "VAGO GOMEZ," aka "MARIO VAGO," "JUNIOR GARCIA" ("GARCIA") knowingly possessed ammunition contained within a firearm with an obliterated serial number, namely,

four rounds of .32 caliber ammunition, bearing the headstamp "Hornady," each in and affecting interstate and foreign commerce.

Defendant GARCIA possessed such ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

   a.  Petty Theft with Priors, in violation of California Penal Code Section 666, in the Superior Court of the State of California, County of Los Angeles, Case Number TA49895, on or about February 2, 1998;

   b.  Carjacking, in violation of California Penal Code Section 215(a), in the Superior Court of the State of California, County of Los Angeles, Case Number PA036353, on or about August 16, 2000;

   c.  Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number TA130457, on or about October 17, 2013; and

   d.  Mayhem, in violation of California Penal Code Section 203, in the Superior Court of the State of California, County of Los Angeles, Case Number VA138494, on or about May 19, 2015.

COUNT TWO

[18 U.S.C. § 922(o)(1)]

On or about June 18, 2025, in Los Angeles County, within the Central District of California, defendant ISMAEL GARCIA, JR., aka "ISMAEL GARCIA," aka "MARIO GOMEZ," aka "VAGO GOMEZ," aka "MARIO VAGO," "JUNIOR GARCIA" ("GARCIA") knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), namely, a VZ. 61 Škorpion-type, .32 ACP caliber firearm, bearing an obliterated serial number, which defendant GARCIA knew to be a machinegun.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offenses set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense.

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                A TRUE BILL

                /S/
                Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*[signature: Frances S. Lewis]*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

THI HOANG HO
Assistant United States Attorney
General Crimes Section