UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ISMAEL GARCIA, JR.,<br>  aka "Ismael Garcia,"<br>  aka "Mario Gomez,"<br>  aka "Vago Gomez,"<br>  aka "Mario Vago,"<br>  aka "Junior Garcia,"<br><br>                      Defendant. | Case No.: 2:25-cr-00655-MEMF<br><br>**ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [Dkt. No. 18]**<br><br>**TRIAL DATE: March 2, 2026 at 8:30 a.m.**<br><br>**FINAL PRETRIAL CONFERENCE DATE: February 20, 2026 at 10:00 a.m.** |

      The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 27, 2025. Dkt. No. 18. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 29, 2025 to March 2, 2026[1] at 8:30 a.m. The Final Pretrial Conference is set for February 20, 2026 at 10:00 a.m.

2. The time period of August 27, 2025 to March 2, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 8B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 2, 2026, at 8:30 a.m., for trial, and on February 20, 2026 at 10:00 a.m., for the Final Pretrial Conference.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. Per the Court's Criminal Standing Order, the government shall file and email to Chambers the following pretrial documents no later than February 12, 2026:
    - Trial memorandum;
    - Witness list;
    - Exhibit list;
    - Case-specific glossary for the Court Reporter;

---

[1] The date proposed was March 3, which is a Tuesday, but the Court will begin a trial on a Monday.

- Joint jury instructions in the form described below;
- Joint proposed verdict form; and
- Proposed voir dire questions, if any.

IT IS SO ORDERED.

Dated: September 10, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge