UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

| Case No. | CR 25-00655-MEMF; ED CR 25-00264-SSS; CR 22-00573-FWS-2 | Date | October 14, 2025 |
|---|---|---|---|
| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

| Interpreter | N/A | | |
|---|---|---|---|
| Kelly Davis | CourtSmart | Alexander Robbins | |
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* | |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Ismael Garcia, Jr. | NOT | | | James A. Flynn, DFPD | ✓ | ✓ | |
| Jamie Hector Ramirez | NOT | | | | | | |
| Ronny Rojas | NOT | | | Amy Jacks, CJA | ✓ | ✓ | |
| | | | | Mark Windsor, CJA | ✓ | ✓ | |

**Proceedings:  Motions to Dismiss Indictment and Disqualify Counsel as to Bilal A. Essayli and His Supervisees [21] [10] [258]**

Cause called and counsel make their appearance. As stated on the record, defense counsel orally waive their clients' presence at the hearing. The Court and counsel confer regarding the Motions to Dismiss Indictment and Disqualify Counsel as to Bilal A. Essayli and His Supervisees. The Court takes the motions under submission.

The Court sets the following date:
Simultaneous briefing as to the issue stated on the record are due no later than Thursday, October 16, 2025.

Counsel are reminded to serve the any documents relating to these motions to the Courtroom Deputy Clerk at DMG_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**

0:38/0:38/0:38

| CR-11 | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk KD |
|---|---|---|