# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 2:25-cr-00655-MEMF-1

Date: December 16, 2025

Present: The Honorable Maame Ewusi-Mensah Frimpong, ☑ District Judge / ☐ Magistrate Judge

| Damon Berry | Terri Hourigan | n/a | Lauren Elizabeth Border |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Ismael Garcia, Jr.
☑ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Drew Havens, DFPD
☑ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) One (1) of the Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to April 15, 2026, at 2:00 p.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for February 20, 2026 is off calendar as to defendant Ismael Garcia, Jr. .
☑ Court orders:
If either side has any party who wishes to be heard at the time of sentencing in-person or via Zoom, shall inform the Courtroom Deputy Clerk no later than April 10, 2026. If there are any victims who will be present who need the services of an interpreter, the government is ordered to provide interpreters for the entire sentencing proceeding.

☑ Other: See attachment.

: 36

Initials of Deputy Clerk DBE

cc:   *Probation Office*

No later than fourteen (14) days before the hearing, each party shall submit either a sentencing memorandum or a written notice of intent not to file one.

Any objections to the presentence report, including the JSIN data and any proposed conditions of supervised release are due fourteen (14) days after the presentence report in accordance with Federal Rule of Criminal Procedure 32.

Either party may elect to combine its sentencing memorandum and objections to the presentence report into the same document; if so, it is due on the timeline dictated by rule 32—that is, fourteen (14) days after the presentence report.

Parties are ordered to advise the CRD by the Friday before the sentencing hearing if possible if they intend to present any live witnesses or zoom witnesses.